LEHIGH VALLEY RAILROAD COMPANY, RESPONDENT, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., APPELLANTS.

Argued October 31, 1927—Decided February 6, 1928.

For the respondent, *John Milton.*

For the appellants, *Thomas J. Brogan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Campbell in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.